UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

David L. Wright, Jr.,

Plaintiff,

v.

Roderic Weber, Jeff Waite, Gary Duren, and City of Minneapolis,

Defendants.

Civil No. 00-1214 DDA/FLN

PRETRIAL SCHEDULE

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Discovery/Non-Dispositive Motions:

   a. All discovery shall be commenced in time to be completed by June 1, 2001.

   b. No more than 30 interrogatories, including all discrete subparts, shall be served by any party.

   c. No more than 2 Requests for Admission shall be served by any party.

   d. No more than 20 Document Requests shall be served by any party.

   e. No more than 15 non-expert depositions shall be taken by any party.

   f. No more than 2 Rule 35 medical examinations shall be conducted.

FILED AUG 0 2 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

g. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by June 1, 2001. Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Chief Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, file and served in compliance with Local Rules 7.1, 37.1 and 37.2.

2. <u>Expert Disclosure and Discovery</u>:

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

1) By plaintiff(s) on or before November 15, 2000.

2) By defendant(s) on or before December 15, 2000.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) By plaintiff(s) on or before March 1, 2001.

2) By defendant(s) on or before April 1, 2001.

c. Each party may depose no more than 3 expert witnesses on or before June 1, 2001.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. <u>Dispositive Motions</u>:

a. All dispositive motions shall be filed and scheduled for hearing prior to August 1, 2001.

b. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Sheri Frette at 651-848-1176.

c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

4. Trial

a. This case shall be ready for trial on and after September 1, 2001, at which time it will be placed on the court's jury trial calendar.

DATED: Aug 2, 2000.

Franklin L. Noel

FRANKLIN L. NOEL
Chief Magistrate Judge