**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

David L. Wright, Jr.,

Plaintiff,

Case File No.: 00-1214 DDA/FLN

vs.

Roderic Weber, individually and In his official capacity as a Minneapolis Police Officer,

Jeff Waite, individually and in his official capacity as a Minneapolis Police Officer,

Gary Duren, individually and in his official capacity as a Minneapolis Police Officer,

Craig Taylor, individually and in his official capacity as a Minneapolis Pollce Officer,

Lora Hilger, individually and in her official capacity as a Minneapolis Police Officer, and

The City of Minneapolis,

Defendants.

**ORDER DISMISSING OF CLAIMS AGAINST DEFENDANTS WAITE AND HILGER**

---

The above captioned matter came on before the Court upon the for stipulation of the parties. Based upon the stipulation of the parties the Court orders as follows:

1. All claims against Defendant Jeffrey Waite are dismissed without prejudice and without cost to any party;

FILED AUG 22 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

2. All claims against Defendant Lora Hilger are dismissed with prejudice and without cost to any party;

So ordered

By the Court

Dated:

August 22, 2001

The Honorable Donald D. Alsop
Judge of District Court

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500