**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**David L. Wright, Jr.,**

**Plaintiff,**

**Case File No.: 00-1214 DDA/FLN**

**vs.**

**Roderic Weber, individually and In his official capacity as a Minneapolis Police Officer,**

**Jeff Waite, individually and in his official capacity as a Minneapolis Police Officer,**

**Gary Duren, individually and in his official capacity as a Minneapolis Police Officer,**

**Craig Taylor, individually and in his official capacity as a Minneapolis Police Officer,**

**Lora Hilger, individually and in her official capacity as a Minneapolis Police Officer, and**

**The City of Minneapolis,**

**Defendants.**

**ORDER DISMISSING CERTAIN CLAIMS**

---

The above captioned matter came on before the Court upon the for stipulation of the parties. Based upon the stipulation of the parties the Court orders as follows:

1. All claims made under the United States Constitution due process and equal protection clause contained in Count I of the Complaint are dismissed;

FILED SEP 10 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

2. Claims made for unreasonable seizure under the Minnesota Constitution in Count I of the Complaint are dismissed;

3. Count II of the Complaint is dismissed;

4. Count V of the Complaint is dismissed;

So ordered

BY THE COURT

Dated: September 10, 2001

The Honorable Donald D. Alsop
Judge of District Court