UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

David L. Wright, Jr., Civil 00-1214 DDA/FLN

Plaintiff,

v. O R D E R

Roderic Weber, Gary Duren,
Craig Taylor, City of Minneapolis,

Defendants.

---

A settlement conference was held in the above referenced case on September 26, 2001. Each party was ordered to attend. The Plaintiff was present with his attorney, as were Police Officers Gary Duren and Craig Taylor. The Vice Chair of the City Council Ways and Means Committee attended on behalf of the City and a representative from the Police Administration was also present, together with the Defendants' lawyer. Defendant Police Officer Roderic Weber failed to appear. Defendants' lawyer told the Court that Officer Weber had notice of the settlement conference and had planned to attend. Neither his lawyer nor any of the other police representatives had any knowledge of Weber's whereabouts.

Based upon the foregoing and all of the files, records and proceedings herein, Defendant Police Officer Roderic Weber is hereby ordered to show cause in writing on or before October 10, 2001, why sanctions should not be imposed upon him for his failure to attend the settlement conference as ordered.

DATED: Sept 26, 2001.

Franklin L Noel
FRANKLIN L. NOEL
Chief Magistrate Judge

FILED 9-27-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________