**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

David L. Wright, Jr., 00cv1214 (DDA/FLN)

Plaintiff,

v. **NOTICE OF TRIAL**

Roderic Weber, Gary Duren, Craig Taylor, and City of\ Minneapolis,

Defendants.

---

**TAKE NOTICE** that the above entitled matter is **scheduled** for a **JURY TRIAL** on Monday, November 26, 2001 at 9:30 a.m., before Senior Judge Donald D. Alsop, Courtroom 3, St. Paul, Minnesota.

DATED: October 5, 2001.

RICHARD D. SLETTEN
*Clerk*

Sheri L. Frette
Sheri L. Frette *Deputy Clerk*

OCT 05 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK