# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Da L. Wright Jr.

Plaintiff

v.

Roderic Weber, Gary Duren
and Craig Taylor

Defendants

Case No. Civil 00 1214 DDA/FLN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the claims of the Plaintiff, David L. Wright Jr., against the Defendants, Rodic Weber, Gary Duren and Craig Taylor are dismissed with prejudice.

DATE: November 29, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk