**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

**FOURTH DIVISION - MINNEAPOLIS**

David L. Wright, Jr.
Plaintiff(s)

-v- **Civil** # 00-1214 DDA/FLN

Roderic Weber, et al.
Defendant(s)

**COST JUDGMENT**

The costs of the Defendants have been taxed and allowed by the Clerk of this Court against the **Plaintiff** as follows:

| | | Claimed | | Allowed |
|---|---|---|---|---|
| Fees of the court reporter | $ | 1,631.30 | $ | 1,631.30 |
| Fees for witnesses | | 406.85 | | 406.85 |
| Other costs | | 40.00 | | 40.00 |
| TOTAL: | $ | 2,078.15 | $ | 2,078.15 |

Costs, therefore, are taxed in the sum of Two Thousand Seventy-eight Dollars and 15/100 ($2,078.15) in favor of the Defendants and against the **Plaintiff** and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of April 22, 2002.

RICHARD D. SLETTEN, CLERK

By Celeste M. Shahidi
Celeste M. Shahidi
Court Manager

cc: all counsel

FILED 4-22-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 4-22-02
DEPUTY CLERK